UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADLEY SHEPHERD,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SEATTLE et al.,<br><br>Defendant(s). | CASE NO. 2:22−cv−00019−SAB<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Stanley A. Bastian, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00019−SAB and bear the Judge's name in the upper right hand corner of the document.

DATED February 4, 2022

                Ravi Subramanian
                Clerk of Court

                By:  /s/ Kadya M Peter
                      Deputy Clerk