UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLEY SHEPHERD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a Washington Municipality; and the SEATTLE POLICE DEPARTMENT; and DOES 1 to 10 inclusive,<br><br>Defendants. | NO: 2:22-CV-019-SAB<br><br>NOTICE SETTING SCHEDULING CONFERENCE |

**A.    Scheduling Conference – BY VIDEO**

**HEARING DATE:  March 15, 2022 at 9:00 a.m.**

**PLEASE TAKE NOTICE** that a video scheduling conference will be held on the date and time noted above.  Counsel and pro se parties will be provided with separate call-in details by email from the Court's staff.  The email will be sent one week before the hearing.

NOTICE SETTING SCHEDULING CONFERENCE ~ 1

**B.** The provisions of Fed. R. Civ. P. 26 apply. The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall be prepared to discuss at the scheduling conference the following issues:

1. Whether service is complete and, if not, the expected date of completion;
2. Whether jurisdiction, venue, and standing are proper;
3. Whether the parties consent for this matter to be tried before a magistrate judge;
4. The nature and basis of their claims (brief summary);
5. A preferred trial date and estimated length of trial;
6. Anticipated motions;
7. Arrangement for the disclosures required under Fed. R. Civ. P. 26(a)(1);
8. A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f). This plan shall include the disclosures required under Rule 26(a)(1) and shall also include a time and platform agreed upon for the exchange of e-discovery, if any;
9. Whether class certification is alleged;
10. Whether the case involves a beneficial interest claim of a minor or incompetent that requires appointment of a Guardian ad litem;

NOTICE SETTING SCHEDULING CONFERENCE ~ 2

11. The appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, to the Judicial Panel on Multi-district Litigation, or application of the procedures included in the Manual for Complex Litigation;

12. Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding;

13. Feasibility of bifurcation, or otherwise structuring sequence of the trial;

14. Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution;

15. Identification of any issues that should be certified to the state Supreme Court; and

16. Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

C. On or before **March 8, 2022,** the parties shall file the following:

1. **Statement Identifying Corporate Information:** Any non-governmental corporate party to this action shall file a statement identifying

NOTICE SETTING SCHEDULING CONFERENCE ~ 3

all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Counsel have an ongoing responsibility to supplement this information;

2. **Joint Status Report (Fed. R. Civ. P. 26(f)):** The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

3. The following deadline dates will be outlined in an Order after the status conference. Be prepared to discuss these deadlines if there are any changes.

| | |
|---|---|
| Simultaneous expert disclosures | 230 days before trial |
| Rebuttal expert disclosures | 200 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| Daubert motions | 192 days before trial |
| Discovery cutoff | 140 days before trial |
| Dispositive motions | 132 days before trial |
| Hearing Request re deposition designations | 42 days before trial |
| Cross designations | 28 days before trial |
| Objections to designations | 21 days before trial |
| Exhibit/Witness lists | 35 days before trial |
| Objections Exhibit/Witness lists | 28 days before trial |
| Response to Exhibit/Witness objections | 21 days before trial |
| Motions in Limine | 42 days before trial |
| Response to Motions in Limine | 36 days before trial |

NOTICE SETTING SCHEDULING CONFERENCE ~ 4

| | |
|---|---|
| Replies to Motions in Limine | 28 days before trial |
| Pretrial Order | 21 days before trial |
| Trial Briefs, voir dire | 25 days before trial |
| Jury Instructions (Agreed/Disputed) | 25 days before trial |
| Memo object to disputed Jury Instructions | 25 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 14 days before trial |

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** February 7, 2022.

DISTRICT COURT CLERK'S OFFICE


*s/Michelle M. Fox*
MICHELLE M. FOX
Deputy Clerk

NOTICE SETTING SCHEDULING CONFERENCE ~ 5