UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLEY SHEPHERD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE, a Washington Municipality; and the SEATTLE POLICE DEPARTMENT,<br><br>    Defendants. | NO. 2:22-CV-00019-SAB<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

On March 25, 2022, the parties filed a Proposed Stipulated Protective Order, ECF No. 12.

It appears the parties are asking the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER RE: STIPULATED PROTECTIVE ORDER** ~ 1

such items from public access, the Court will entertain an application for a narrowly tailored protective order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 28th day of March 2022.

_____
Stanley A. Bastian
U.S. District Court

**ORDER RE: STIPULATED PROTECTIVE ORDER** ~ 2