UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLEY SHEPHERD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE, a Washington Municipality; and the SEATTLE POLICE DEPARTMENT,<br><br>    Defendants. | NO. 2:22-CV-00019-SAB<br><br>**AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR JULY 24, 2023** |

Before the Court is the parties' Stipulated Motion to Continue Trial Date and All Pre-Trial Deadlines, ECF No. 15. Plaintiff is represented by Lisa Roybal Elliott and Joseph W. Creed. Defendants are represented by Deborah J. Fiander and Sarah E. Tilstra.

The parties ask to continue the jury trial that is currently set for March 6, 2023. They indicate that additional time is necessary to allow the parties sufficient time to complete discovery. Good cause exists to grant the motion.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Continue Trial Date and All Pre-Trial Deadlines, ECF No. 15, is **GRANTED**.

//

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 1

2. The Court's March 15, 2022 Jury Trial Scheduling Order, ECF No. 11, is amended as follows:

### TRIAL DATES

4. **Jury Trial.** The jury trial set for March 6, 2023, is **continued** to **July 24, 2023**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of ten days.

5. **Pretrial Conference.** The in-person pretrial conference set for February 21, 2023, is **continued** to **July 10, 2023**, at **9:00 a.m**. in **SEATTLE**, Washington.

### DISCOVERY DEADLINES

7. **Expert Disclosures.**

A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **December 6, 2022**. Each Party shall also provide dates for which those experts can be available for deposition.

B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **January 5, 2023**. Each Party shall also provide dates for which those experts can be available for deposition.

8. **Discovery.**

B. *Discovery Deadline*. All discovery shall be completed on or before **March 6, 2023**.

### MOTION DEADLINES

9. **Motions to Amend Pleadings or Add Parties**. Any motion to amend the pleadings or add named parties shall be filed and served by **December 27, 2022**.

10. *Daubert* **Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **January 13, 2023**.

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 2

If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

11. **Dispositive Motions.** All dispositive motions shall be filed and served on or before **March 14, 2023**.

12. **Motions** *in Limine*.

A. *Motions* in Limine: shall be filed and served on or before **June 12, 2023**.

B. *Responses*: shall be filed and served on or before **June 20, 2023**.

C. *Replies*: shall be filed and served on or before **June 26, 2023**.

## TRIAL PREPARATION DEADLINES

13. **Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **June 20, 2023**.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **June 26, 2023**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **July 3, 2023**.

14. **Pretrial Exhibit Stipulation.**

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **July 3, 2023**.

15. **Designation of Testimony.**

The parties shall notify the Court on or before **June 9, 2023** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

16. **Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **July 3, 2023** and a copy e-mailed in Word format to the Court at BastianOrders@waed.uscourts.gov.

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 3

17. **Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **June 29, 2023**.

18. **Jury Instructions.** No later than **June 29, 2023**, the parties shall file jointly proposed jury instructions.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 12th day of August 2022.

_____
Stanley A. Bastian
U.S. District Court

**AMENDED JURY TRIAL SCHEDULING ORDER** ~ 4