UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLEY SHEPHERD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE, a Washington Municipality; and the SEATTLE POLICE DEPARTMENT,<br><br>　　　　Defendants. | NO.  2:22-CV-00019-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

　　Before the Court is the parties' Stipulated Motion to Extend Deadlines for Disclosure of Initial and Rebuttal Expert Reports and *Daubert* Motions, ECF No. 18. The motion was heard without oral argument.

　　The parties ask the Court to extend the date for the service of initial and rebuttal expert disclosures and the filing of *Daubert* motions. The parties indicate they have been working in good faith to conduct discovery but need additional time to obtain and analyze information necessary to produce expert reports. Good cause exists to grant the motion.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. The parties' Stipulated Motion to Extend Deadlines for Disclosure of Initial and Rebuttal Expert Reports and *Daubert* Motions, ECF No. 18, is

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** ~ 1

1  **GRANTED**.

2.  The deadline for the initial expert disclosure is extended to **January 17, 2023**.

3.  The deadline for the rebuttal expert disclosure is extended to **February 16, 2023**.

4.  The deadline to file *Daubert* motions is extended to **February 24, 2023**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of November 2022.

_____
Stanley A. Bastian
U.S. District Court

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** ~ 2