AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Western_____ **District of** _____Washington_____

Adley Shepherd

Plaintiff (s),

V.

City of Seattle/Seattle Police Department

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:22-CV-00019-SAB

Notice is hereby given that, subject to approval by the court,  Adley Shepherd  substitutes
(Party (s) Name)

_____Eric K. Helmy_____ , State Bar No. __43554__ as counsel of record in
(Name of New Attorney)

place of  Lisa R. Elliott and Joseph W. Creed _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  NW Business Law LLC

Address:  1700 7th Ave. #2100

Telephone:  (206) 209-0069  Facsimile _____

E-Mail (Optional):  eric@nwbizlaw.com

I consent to the above substitution.

Date: _____10/26/22_____    _____
(Signature of Party (s))

I consent to being substituted.

Date: _____10/24/2022_____    _____
_Joseph W. Creed_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____10/26/22_____    _____
_Eric Helmy_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____11/23/2022_____    _____
_Stanley A. Bastian_
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**