UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADLEY SHEPHERD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE, a Washington Municipality; and the SEATTLE POLICE DEPARTMENT,<br><br>    Defendants. | NO. 2:22-CV-00019-SAB<br><br>**ORDER GRANTING CITY OF SEATTLE'S MOTION TO COMPEL AND EXTEND EXPERT DISCLOSURE DEADLINES** |

    Before the Court is Defendant City of Seattle's Motion to Compel and Extend Expert Disclosure Deadlines, ECF No. 23. The motion was heard without oral argument. Plaintiff is represented by Eric Helmy. Defendants are represented by Deborah Fiander and Sarah Tilstra.

    Defendant asks the Court to compel Plaintiff to produce requested supplementation and extend the expert disclosure deadline. Plaintiff did not file a response to the motion. Given that there is no opposition and it appears that the requested documents are relevant to Plaintiff's claim for damages, good cause exists to grant the motion.

//

**ORDER GRANTING CITY OF SEATTLE'S MOTION TO COMPEL AND EXTEND EXPERT DISCLOSURE DEADLINES** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant City of Seattle's Motion to Compel and Extend Expert Disclosure Deadlines, ECF No. 23, is **GRANTED**.

2. Plaintiff shall produce the requested financial information to Defendant City of Seattle no later than **January 31, 2023**.

3. The deadline for the initial expert disclosure is extended to **February 7, 2023**.

4. The deadline for the rebuttal expert disclosure is extended to **March 2, 2023**.

5. The deadline to file *Daubert* motions is extended to **March 10, 2023**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 24th day of January 2023.

_____
Stanley A. Bastian
U.S. District Court

**ORDER GRANTING CITY OF SEATTLE'S MOTION TO COMPEL AND EXTEND EXPERT DISCLOSURE DEADLINES** ~ 2