UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADLEY SHEPHERD,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CITY OF SEATTLE, a Washington Municipality; et al.,<br><br>　　　　Defendants - Appellees. | No. 23-35195<br><br>D.C. No. 2:22-cv-00019-SAB<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

A review of the docket demonstrates that counsel has failed to file the opening brief in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellant is directed to notify his/her client immediately in writing regarding this dismissal.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT